IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID J. ALEXANDER,** : | |
| : | |
| **Plaintiff,** : | |
| : | CIVIL ACTION NO. 02-CV-3991 |
| v. : | |
| : | |
| **HOME GOLD, INC.,** : | |
| : | |
| **Defendant.** : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearance of John K. Semler, Jr., Esquire as counsel for defendant Home Gold, Inc.

        BALLARD SPAHR ANDREWS & INGERSOLL, LLP


        By: _____
        John K. Semler, Jr., Esquire
        1735 Market Street, 51st Floor
        Philadelphia, PA  19103-7599
        215-864-8121
        215-864-9283 (Fax)

Dated:  July 31, 2002

2

**CERTIFICATE OF SERVICE**

      I, John K. Semler, Jr., Esquire hereby certify that I have caused a true and correct copy of the Entry of Appearance to be served this date, by hand delivery, upon:

>Cary L. Flitter, Esquire
>Lundy, Flitter, Beldecos & Berger, P.C.
>450 N. Narberth Avenue
>Narberth, PA  19072

Dated:  July 31, 2002                 _____
                                                  John K. Semler, Jr.