IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| David J. Alexander | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-3991 |
| Home Gold, Inc. | : | |
| | : | |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Wednesday, November 13, 2002.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                                                                           Michael E. Kunz
                                                                           Clerk of Court

By:_____
Tashia C. Irving
Deputy Clerk
Phone: 267-299-7071

Date: September 26, 2002

Copies:    Michael Finney, Courtroom Deputy to Judge Clarence C. Newcomer
              Docket Clerk - Case File

        Counsel:       Cary L. Flitter, Esq.
                          John Keim Semler, Sr., Esq.

ARB2.FRM