```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| DAVID J. ALEXANDER, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HOME GOLD, INC., | : | NO. 02-3991 |
|     Defendant. | : | |

### **O R D E R**

AND NOW, this    day of September, 2002, it is ORDERED that discovery shall conclude on November 11, 2002.

It is further ORDERED that the Arbitration Clerk schedule this case for arbitration at the earliest convenient time after November 11, 2002.

AND IT IS SO ORDERED.

_____

Clarence C. Newcomer, S.J.