IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID J. ALEXANDER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HOME GOLD, INC., | : | NO. 02-3991 |
| Defendant. | : | |

**O R D E R**

AND NOW, this     day of November, 2002, it having been reported that the issues between the parties have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is ORDERED the above action is DISMISSED WITH PREJUDICE, pursuant to the agreement between counsel without costs.  This Court will retain jurisdiction in this matter to enforce the settlement agreement.

AND IT IS SO ORDERED.

_____
Clarence C. Newcomer, S.J.